# United States District Court

**EASTERN** **DISTRICT OF** **VIRGINIA**

FILED
MAR 24 2008
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

**TERENCE SMALLS**
a/k/a Terence Bess, Terrance Bess, Terrence Bess, Donell Parham,
Donnell Parham, Donald Parman, Donnell Parman, Donel Parmun,
Darnell Parnam, Terrance Smalle, George Smalls, Terance George Smalls,
Terence Smalls, Terrance George Smalls, Terrance Smalls, Terrence Smalls,
and Terrence George Smalls

## CRIMINAL COMPLAINT

CASE NUMBER: 1:08MJ 292

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 27, 2007** in **Fairfax**, county in the **Eastern** District of **Virginia** defendant(s), (Track Statutory Language of Offense)

**knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the United States**

in violation of Title **18** United States Code, Section(s) **1001(a)(2)**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
   Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

**SAUSA- Jeffrey Shih**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Patrick A. Blake
Special Agent
USPS, Office of the Inspector General

April 24, 2008 at
Date

The Honorable John F. Anderson
Name & Title of Judicial Officer

/s/
John F. Anderson
United States Magistrate Judge