## Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**     Under Seal: Yes ___ No X     Judge Assigned: _JFA_

City _____ Superseding Indictment _____ Criminal Number: _1:08 MJ 292_

County/Parish _____ Same Defendant _____ New Defendant XX

                 Magistrate Judge Case Number _____ Arraignment Date: _____

                 Search Warrant Case Number _____

                 R 20/R 40 from District of _____

                 Related Case Name and No: _____

**Defendant Information:**

Juvenile -- Yes ___ No X     FBI # _____

**Defendant Name:** Terence Smalls     **Alias Name(s)** Terence Bess, Terrance Bess, Terrence Bess, Donell Parham, Donnell Parham, Donald Parman, Donnell Parman, Donell Parmun, Darnell Parnam, Terrance Smalle, George Smalls, Terance George Smalls, Terence Smalls, Terence George Smalls, Terrance Smalls, Terrence Smalls, and Terrence George Smalls

**Address:** _____

**Employment:** _____

**Birth date** _____ **SS#** _____ **Sex** ___ **Def Race** _____ **Nationality** _____ **Place of Birth** _____

**Height** _____ **Weight** _____ **Hair** _____ **Eyes** _____ **Scars/Tattoos** _____

**Interpreter:** X No ___ Yes List language and/or dialect: _____ **Automobile Description** _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release     X Not in Custody

X Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested

___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond _____

**Defense Counsel Information:**

Name: _____ ___ Court Appointed     Counsel conflicted out: _____

Address: _____ ___ Retained _____

Telephone: _____ ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

SAUSA Jeff Shih     Telephone No: 703-299-3700     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

United States Postal Service, Special Agent Patrick Blake

**U.S.C. Citations:**

| Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  18 USC 1001 | False Statement | 1 | Felony |
| Set 2 | | | |
| Set 3 | | | |

(May be continued on reverse)

Date: _____ Signature of AUSA: _____